UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INEZ GILCHRIST,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.:  04 10638 RGS |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS PENDING DETERMINATION OF LONG-TERM DISABILITY BENEFITS**

The parties in the above referenced matter hereby move the Court to extend the stay of these proceedings pending Defendant's further review and determination of Plaintiff's claim for long-term disability benefits.  In support of this motion, the parties state the following:

    1.    The parties previously agreed that Defendant Liberty Life Assurance Company of Boston[1] would conduct a further review of Plaintiff's claim for short-term disability benefits beyond the date for which she previously received benefits.  If short-term disability benefits were found payable to Plaintiff for the entire period covering her short-term disability, Defendant would then review Plaintiff's claim for long-term disability benefits pursuant to the policy.

    2.    The parties previously agreed and requested that if short-term disability benefits were found to be payable in their entirety, Defendant would have ninety (90) days from

---

[1] Incorrectly named as Liberty Mutual Insurance Company.

the final determination of her claim for short-term disability benefits to conduct a review of Plaintiff's claim for long-term disability benefits.

       3.     The parties also agreed that should Defendant require additional time to make its determination, it would consult with Plaintiff and make requests to the Court for the Court's approval, as appropriate. Further, the parties agreed that the above time periods for the determination on Plaintiff's claim for short-term and long-term disability benefits did not include time periods for appeals for these determinations that may be made by Plaintiff.

       4.     On July 12, 2004, Defendant notified Plaintiff that it found that short-term disability benefits were payable to Plaintiff for the entire period covering her short-term disability. As a result, Defendant was required to render a final decision on Plaintiff's claim for long-term disability benefits by October 12, 2004.

       5.     Following the decision on Plaintiff's claim for short-term disability benefits, Defendant requested that Plaintiff's physicians provide updated medical records for its review of her claim for long-term disability benefits and that one of her physicians complete an "Attending Physicians Statement." Defendant requested that Plaintiff assist in getting these medical records and also requested that Plaintiff participate in a telephone interview with a representative from Defendant regarding her physical condition. Defendant, however, has not yet received the records from Plaintiff's physicians.

       6.     As a result, the parties jointly agree and request that Defendant be allowed an additional 120 days, up to and including February 14, 2004, to render a decision on whether long-term disability benefits are payable to Plaintiff. This time period does not include appeals from the determination that may be made by Plaintiff, or review of such appeals.

WHEREFORE, the parties respectfully request that this Court grant their request to further stay the case and permit Defendant a 120 day extension, up to and including February 14, 2004, for Defendant to render a determination on Plaintiff's claim for long-term disability benefits, which may obviate the need for further proceedings in this matter.

                              Respectfully submitted,

                              LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys,

                              /s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
Dated:   October 6, 2004                (617) 367-0025

                              Inez Gilchrist,
By her attorney,

                              /s/ John J. LaRivee (RWP)
John J. LaRivee, Esq.
21 Wingate Street, 105
Haverhill, MA 01832

Dated:   October 6, 2004

H:\PaternitiR\Liberty Life Assurance\Gilchrist [74114]\Pleadings\Joint Motion to Stay2.doc

Case 1:04-cv-10638-RGS     Document 6     Filed 10/06/2004     Page 4 of 4