UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10638-RGS

INEZ GILCHRIST

v.

LIBERTY MUTUAL INSURANCE COMPANY

AMENDED ORDER ON MOTION TO STAY

October 28, 2004

STEARNS, D.J.

On October 12, 2004, this court allowed a Motion to Extend Stay of Proceedings Pending Determination of Long-Term Disability Benefits.  Subsequently, Counsel brought to the court's attention that the motion had incorrectly listed the date on which Liberty Mutual was to render a decision on whether long-term disability benefits are payable to plaintiff Inez Gilchrist as February 14, 2004; the date should have read February 14, 2005. The October 12, 2004 order is hereby amended to reflect the correction.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE