UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
...RKS OFFICE

2005 MAY 11  P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

INEZ GILCHRIST,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

    Defendants.

Civil Action No.: 04 10638 RGS

## STIPULATION OF DISMISSAL OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Inez Gilchrist, and Defendant, Liberty Mutual Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is voluntarily dismissed without prejudice, without costs or attorneys' fees to either party.

Respectfully submitted,

| LIBERTY MUTUAL INSURANCE CO. | INEZ GILCHRIST |
|---|---|
| By its attorneys, | By her attorney, |
| *(signature)* Richard W. Paterniti by John J. LaRivee | *(signature)* |
| Andrew C. Pickett, BBO# 549872 | John J. LaRivee, BBO #556912 |
| Richard W. Paterniti, BBO#645170 | 21 Wingate Street #105 |
| Jackson Lewis LLP | Haverhill, MA 01830 |
| 75 Park Plaza | (978) 373-8008 |
| Boston, MA 02116 | |
| (617) 367-0025 | |
| DATE: May 10, 2005 | DATE: May 10, 2005 |